```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, and JANE DOE 6,

                Plaintiffs,

-against-

UNITED STATES OF AMERICA,

                Defendant.

26 Civ. 1673 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On February 27, 2026, Plaintiffs filed this action using what appears to be pseudonyms of "Jane Doe" numbered 1 through 6. *See, e.g.*, Compl., ECF No. 1. Plaintiffs have neither moved for nor received relief from the Court to proceed by pseudonym. *See* Fed. R. Civ. P. 10(a); Southern District of New York Electronic Case Filing Rules and Instructions, Rule 6.15  Accordingly, by **March 25, 2026**, Plaintiffs shall move for leave to proceed by pseudonym. By **that same date**, Plaintiffs shall file a copy of their complaint, which shall not use pseudonyms, with the Court.

       SO ORDERED.

Dated: March 11, 2026
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge